UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00464-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PRESILIANO BONIFICIO ROMERO, a/k/a Pres B. Romero

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in this matter on November 2, 2009. A Change of Plea Hearing is set in this matter for **Wednesday , December 16, 2009, at 2:00 p.m. in courtroom A-1002.**

Counsel for the parties shall deliver all change of plea documents separately to Chief Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

      Dated November 3, 2009

-1-