**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 15, 2010 | Prob/Pret: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.   **09-cr-00464-WYD**        Counsel:

UNITED STATES OF AMERICA,                Thomas M. O'Rourke

       Plaintiff,

v.

**1.  PRESILIANO BONIFACIO ROMERO,**        Lester Nieves
**a/k/a Pres. B. Romero**,

       Defendant.

## SENTENCING

| | |
|---|---|
| **10:16 a.m.** | Court in Session - Defendant present (on-bond) |
| | **Change of Plea Hearing - December 16, 2009**<br>**Plea of Guilty - one-count Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 10:18 a.m. | Statement and argument on behalf of Government (Mr. O'Rourke). |
| 10:24 a.m. | Statement and argument on behalf of Defendant (Mr. Nieves). |
| 10:30 a.m. | Statement by Defendant on his own behalf (Mr. Romero). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 [doc. #12], filed February 18, 2010, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #13], filed February 18, 2010, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **21** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in and successfully complete a program of testing and treatment for alcohol abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

> (X)  The defendant shall perform **200** hours of community service, as directed by the probation officer.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**  Defendant to make **restitution** in the total amount of **$461,150.00 jointly and severally with Patricia Ann Martinez United States District Court for the District of Colorado case number 09-cr-00460-PAB.**

Restitution is to be made payable in monthly payments of at least 10% of the defendant's gross monthly wages.  ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:**  Defendant may surrender voluntarily as follows:  **Report to the designated institution on or before Monday, April 19, 2009, at 12:00 noon.**

**ORDERED:**  Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**10:56 a.m.**  Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :40**